UNITED STATES DISTRICT COURT 2:07
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:18-cr-1540M-31KRS
    18 U.S.C. § 922(g)(1)

NAURAS SABRI ALAMERI

# INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about February 23, 2018, in the Middle District of Florida, the defendant,

**NAURAS SABRI ALAMERI**,

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Mail Theft, on or about September 11, 2008,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Taurus firearm.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

# FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g)(1), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following: a Taurus firearm (#TJW52632).

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

*[signature]*
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: *[signature]*
Brandon Bayliss
Special Assistant United States Attorney

By: *[signature]*
Sara C. Sweeney
Assistant United States Attorney
Deputy Chief, Orlando Division

FORM OBD-34
June 18                               No.

## UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

NAURAS SABRI ALAMERI

### INDICTMENT

Violations:  18 U.S.C. § 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this 27th day of June, 2018.

_____
Clerk

Bail $_____