# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                     **Case No. 6:18-cr-154-Orl-31KRS**

**NAURAS SABRI ALAMERI**

_____

## ORDER

On June 27, 2018, an indictment was filed against Defendant Nauras Sabri Alameri, charging him with violating 18 U.S.C. §§ 922(G)(1) and 924(a)(2). Doc. No. 1. On July 3, 2018, the Court entered an Order of Detention Pending Trial, finding that Defendant should be detained pending trial. Doc. No. 4.

On August 13, 2018, Defendant filed a motion to dismiss the indictment. Doc. No. 24. On August 16, 2018, Defendant filed a motion for reconsideration of his pre-trial detention. Doc. No. 33. On September 21 , 2018, the Court granted the motion to dismiss. Doc. No. 40.

Accordingly, it is **ORDERED** as follows:

1. Defendant is released without conditions;

2. The Opposed Motion for Reconsideration of Bond (Pre-Trial Detention) Predicated Upon New Circumstances (Doc. No. 33) is **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida, on September 21, 2018.

_____

GREGORY J. KELLY

UNITED STATES MAGISTRATE JUDGE

Copies to:

Presiding District Judge
Counsel of Record
Unrepresented Parties