UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

v.   Case No. 6:18-cr-154-Orl-31KRS

NAURAS SABRI ALAMERI,

## UNITED STATES' NOTICE OF APPEAL

The United States of America appeals to the United States Court of Appeals for the Eleventh Circuit the order entered on September 21, 2018, doc. 40.

        Respectfully submitted,

        MARIA CHAPA LOPEZ
        United States Attorney

        DAVID P. RHODES
        Assistant United States Attorney
        Chief, Appellate Division

By:   *s/ Brandon Bayliss*
       BRANDON BAYLISS
       Special Assistant United States Attorney
       USA No. 186
       400 W. Washington St., Ste. 3100
       Orlando, FL 32801
       Telephone:  (407) 648-7500
       Facsimile:  (407) 648-7643
       E-mail:     Brandon.bayliss@usdoj.gov

# CERTIFICATE OF SERVICE

I certify that on October 19, 2018, I electronically filed this document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

VICTOR MARTINEZ, ESQ.

        *s/ Brandon Bayliss*
        BRANDON BAYLISS
        Assistant United States Attorney